**No. 44498.**—Protest 836963–G of M. A. Katz & Co. (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.